

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN
~~XXXXXXXXXXXXXXXXXXXX~~
ATTORNEY GENERAL

AUSTIN, TEXAS 78711

Honorable A. C. Foster
County Attorney
Haskell, Texas

Dear Mr. Foster:                Opinion No. O-5331
                                Re:  Can the county judge of Haskell
                                County also hold the office of Area
                                Supervisor of the Aircraft Warning
                                Service and the Office of County De-
                                fense Coordinator.

We have given careful consideration to the question submitted
by you in your letter of May 21, 1943, which reads as follows:

> "The county judge of this county asked me to write
> you for your opinion as to whether or not he can
> legally hold office of Area Supervisor of the Aircraft
> Warning Service to which he has been appointed * * *
> and the office of County Defense Coordinator to which
> he has been appointed * * * while at the same time
> holding the office of county judge.  The first two
> offices named pay no salary."

We have read with interest the opinion you gave Judge Ivy
the county judge of Haskell county, in your letter to him of
May 21, 1943.  We think you have correctly answered the
inquiry that the county judge may hold the office of Area
Supervisor of the Aircraft Warning Service and the office of
County Defense Coordinator at the same time he holds the
office of County Judge of Haskell County.

As we understand the facts relative thereto, the services
to be performed by the "Area Supervisor of the Aircraft Warning
Service" as well as the office of "County Defense Coordinator"
do not constitute either of said positions an office of honor
or trust such as is prohibited by our Constitution.  As we
understand, membership in each of said organizations is entirely
voluntary and for the purpose of rendering an unselfish and a
purely patriotic service during the duration of the war.

                        Yours very truly

                        ATTORNEY GENERAL OF TEXAS
                        s/ Geo. W. Barcus
                              Assistant

APPROVED JULY 3, 1943
s/ Grover Sellers
FIRST ASSISTANT
ATTORNEY GENERAL

APPROVED
OPINION COMMITTEE
By BWB, Chairman